appellee. With him on the brief was Herbert H. Finn. Of counsel was Cameron M. Nelson.

Lee F. Grossman, Grossman Law Offices, of Chicago, IL, argued for defendants-appellants. With him on the brief was Mark M. Grossman.

Before NEWMAN, PLAGER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Christopher A. Bowen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kenneth M. Dintzer, Assistant Director.

NEWMAN, PLAGER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

William H. ARMSTRONG, Petitioner,

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 2011–3015.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2011.

Kevin E. Byrnes, Grad, Logan & Klewans, P.C. of Falls Church, Virginia, argued for petitioner.

Jerry Allen CLARK, Appellant,

v.

**Eric H. HOLDER, Jr., Attorney General, Appellee.**

No. 2011–1505.

United States Court of Appeals, Federal Circuit.

Nov. 23, 2011.